[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALZA CORPORATION, a California Corporation,<br><br>Defendant. | CASE NO.: 06-CV-0314<br>Consolidated in MDL No. 1761<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF UFCW'S COMPLAINT WITH PREJUDICE**<br><br>**Honorable Jeffrey S. White** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund ("UFCW") and Defendant Alza Corporation ("Alza"), by and through their counsel of record, respectfully submit the present stipulation dismissing UFCW's complaint in Case No. 06-CV-0314 and the consolidated amended complaint in MDL No. 1761. The parties further agree UFCW and Alza shall bear their own costs associated with the maintenance and defense of Case No. 06-CV-0314 and all actions consolidated in MDL No. 1761. THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. <u>Dismissal with prejudice.</u> Plaintiff UFCW hereby dismisses with prejudice its complaint in Case No. 06-CV-0314 and currently consolidated with other complaints in the action captioned "In re Ditropan XL Antitrust Litigation, MDL No. 1761," presently pending before this Court. Concurrently herewith, UCFW shall file a voluntary dismissal with prejudice of the consolidated amended complaint in MDL No. 1761, currently pending before this Court.

2. <u>Costs.</u> UCFW and Alza shall bear their own costs and fees incurred in the prosecution and defense of Case No. 06-CV-0314 and all actions consolidated in MDL No. 1761. In no event shall any party to Case No. 06-CV-0314 or to MDL No. 1761 be entitled to recover from or be

1

STIPULATION AND [PROPOSED] ORDER
DISMISSING PLAINTIFF UFCW'S
COMPLAINT WITH PREJUDICE                                        Case No. 06-CV-0314 (MDL NO. 1761)

required to pay to any adverse party fees, costs, or any other remuneration emanating out of this action as a result of the instigation, prosecution, defense, or dismissal with prejudice of Case No. 06-CV-0314 and MDL No. 1761.

Dated: December 17, 2007

By: /s/

Timothy J. Becker
Stacy K. Hauer
Brian C. Gudmundson
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: tjb@zimmreed.com
Email: skh@zimmreed.com
Email: bcg@zimmreed.com

Edward A. Wallace
Mark R. Miller
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Email: eaw@wtwlaw.us
Email: mrm@wtwlaw.us

Mark J. Tamblyn
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568- 1100
Facsimile: (916) 568-7890
Email: mjt@wtwlaw.us

Jason J. Thompson
J. Thompson & Associates, PLC
26000 W 12 Mile Road
Southfield, MI 48034
Telephone: (248) 436-8448
Email: jthompson@jta-law.com

2

STIPULATION AND [PROPOSED] ORDER
DISMISSING PLAINTIFF UFCW'S
COMPLAINT WITH PREJUDICE                     Case No. 06-CV-0314 (MDL NO. 1761)

| | |
|---|---|
| 1 | Jeffrey L. Kodroff |
| 2 | SPECTOR, ROSEMAN & KODROFF, P.C. |
| | 1818 Market Street, Suite 2500 |
| 3 | Philadelphia, PA  19103 |
| | Telephone: (215) 496-0300 |
| 4 | Facsimile: (215) 496-6611 |
| | Email: jkodroff@srk-law.com |
| 5 | |
| 6 | Ann K. Mandt |
| | David R. Parker |
| 7 | CHARFOOS & CHRISTENSEN, P.C. |
| | 5510 Woodward Avenue |
| 8 | Detroit, MI  48202 |
| | Telephone: (313) 875-8080 |
| 9 | Facsimile: (313) 875-8522 |
| | Email: akmandt@c2law.com |
| 10 | Email: drparker@c2law.com |
| 11 | |
| | Mike Miller |
| 12 | Stacey Tjon |
| | SOLBERG, STEWART, MILLER & TJON |
| 13 | 1129 Fifth Avenue South |
| | Fargo, ND  58103 |
| 14 | Telephone: (701) 237-3166 |
| | Facsimile: (701) 237-4627 |
| 15 | Email: mmiller@solberglaw.com |
| 16 | Email: stjon@solberglaw.com |
| 17 | *Attorneys for Indirect Purchaser Plaintiffs* |

3

STIPULATION AND [~~PROPOSED~~] ORDER
DISMISSING PLAINTIFF UFCW'S
COMPLAINT WITH PREJUDICE                              Case No. 06-CV-0314 (MDL NO. 1761)

GIBSON, DUNN & CRUTCHER LLP


By: _____/s/_____
    Michael A. Sitzman

M. Sean Royall (admitted *pro hac vice*)
Monique Michal Drake, SBN 167188
Michael A. Sitzman, SBN 156667
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: sroyall@gibsondunn.com
Email: mdrake@gibsondunn.com
Email: msitzman@gibsondunn.com

*Attorneys for Defendant Alza Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 18, 2007

_____
Honorable Jeffrey S. White
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
DISMISSING PLAINTIFF UFCW'S
COMPLAINT WITH PREJUDICE    Case No. 06-CV-0314 (MDL NO. 1761)

4